No. 8770.   GRACE F. MADDUX, PLAINTIFF AND RESPONDENT, *v.* MERRITT F. MADDUX, DEFENDANT AND APPELLANT.

In this cause, a stipulation having been filed herein by the parties hereto, and attorneys of record, for the dismissal of this cause on appeal, on motion of Loble and Loble, attorneys for appellant.

It is ordered, adjudged and decreed that the appeal herein be, and the same is hereby dismissed.

Dated this *24th day of October, 1947.*

Chief Justice, HUGH ADAIR.

Attorneys for Appellant: *Loble & Loble,* Helena.

Attorney for Respondent: *Sherman W. Smith,* Helena.